RONALD WILCOX, Bar No. 176601
ATTORNEY AT LAW
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Attorney for Plaintiff

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICKA AMOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ACCOUNTS, LLC<br><br>　　　　Defendant. | Civil Action No.: 05-03412 RS<br><br>**STIPULATION TO EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER** |

The parties hereby agree to Early Neutral Evaluation as a form of ADR.

Dated: 12/8/05　　　　　　　　　　/s/Ronald Wilcox
　　　　　　　　　　　　　　　　　Ronald Wilcox, Attorney for Plaintiff

Dated: 12/8/05　　　　　　　　　　/s/Scott Sagaria
　　　　　　　　　　　　　　　　　Scott Sagaria, Attorney for Defendant


**[PROPOSED] ORDER**

Pursuant to the stipulation the parties are hereby ORDERED to Early Neutral Evaluation.

Dated: 12/20/05　　　　　　　　　　_/s/ James Ware_
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

STIPULATION TO EARLY NEUTRAL EVALUATION　　　　　　　　　　　　　　　　　1
Case No. 05-03412 RS