1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11    Patricka Amos,                          NO. C 05-03412 JW

12              Plaintiff,

13        v.                                  **ORDER CONTINUING CASE
                                              MANAGEMENT CONFERENCE**

14    Capital Accounts, LLC,

15              Defendant.

16    _____/

17        The case management conference currently scheduled for January 9, 2006 is continued to Monday,

18    January 30, 2006 at 10:00 a.m.

19

20    Dated: January 4, 2006                     __/s/ James Ware_____

      05eciv3412ctdcmc                          JAMES WARE
21                                              United States District Judge

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Ronald Wilcox ronaldwilcox@post.harvard.edu
    Scott Joseph Sagaria sjsagaria@sagarialaw.com

3

4   **Dated: January 4, 2006**                              **Richard W. Wieking, Clerk**

5

6                                                           **By:_/s/ JW Chambers_____**
                                                                **Melissa Peralta**

7                                                               **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California