**\*E-FILED 4/20/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICKA AMOS,<br><br>          Plaintiff,<br>     v.<br><br>CAPITAL ACCOUNTS, L.L.C.,<br><br>          Defendant._____/ | NO. 05-03412 JW (RS)<br><br>**ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

This is an action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. and state law alleging that defendant Capital Accounts, L.L.C. violated various statutory provisions while attempting to collect an alleged debt. Plaintiff Patricka Amos moves for an order compelling Capital to produce documents responsive to the document requests contained in "Plaintiff's Discovery    Set I," served December 27, 2005. The Court finds this matter suitable for disposition without oral argument, pursuant to Local Rule 7-1 (b).

The document requests at issue consist of 28 requests for materials relating either to Capital's specific dealings with Amos or to Capital's general procedures and practices in collecting debts. Capital did not object to any of the requests. In opposition to this motion, Capital submits a statement from its counsel asserting that 1) Capital is "struggling financially," 2) its officer "has been extremely busy and has been diligently searching for documents while at the same time trying to keep the business afloat," and 3) Capital "did not possess an adequate filing system" at the time this action arose. Capital asserts, however, that it "desires to produce as much documentation as

1  possible to defend this action." Capital makes no representations as to when, if ever, it will be able
2  to produce documents, but it nonetheless requests that this motion be denied. Such an unsupported
3  request is wholly inadequate.
4      Good cause appearing therefore, the motion is GRANTED.  Capital shall produce all
5  responsive documents in its possession, custody, or control within 20 days of the date of this order.
6  Failure to comply with this court order shall be grounds for the imposition of evidentiary or
7  monetary sanctions or both.

9  Dated: April 20, 2006

      /s/ Richard Seeborg
      RICHARD SEEBORG
      United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS
05-03412 JW (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Scott Joseph Sagaria     sjsagaria@sagarialaw.com, mmccrory@sagarialaw.com

Ronald Wilcox     ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/20/06**                                             **Chambers of Judge Richard Seeborg**

                                                                **By:**      **/s/ BAK**

ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS
05-03412 JW (RS)

3