Case5:05-cv-03412-JW Document23 Filed04/24/06 Page1 of 2
From:LAW OFFICE OF RON WILCOX    408 296 0486    04/21/2006 00:30 #003 P.001/002

04/21/2006 08:18    4083710109    CAMPBELL LAW OFFICES    PAGE 02

SCOTT J. SAGARIA (BAR # 217981)
LAW OFFICE OF SCOTT J. SAGARIA
1901 S. BASCOM AVENUE, SUITE 1525
CAMPBELL, CALIFORNIA 95008
(408) 371-0062
FAX: (408) 371-0109

Attorney for Defendant, Capital Accounts LLC

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Patricka Amos<br><br>Plaintiff,<br><br>vs.<br><br>Capital Accounts, LLC,<br><br>Defendants. | Civil Action No. 05-03412 JW<br><br>STIPULATION TO DISMISS and [Proposed] Order |

The parties have reached a settlement. Therefore the parties request a dismissal of this action with prejudice. To expedite the process of filing this order, facsimile signatures shall serve as originals.

DATED: 4/20/06

_____
Caroline Sung, Esq.
Associate Attorney for Capital Accounts

DATED: 4/21/06

_____
Ronald Wilcox, Esq.
Attorney for Patricka Amos

Stipulation re Dismissal

Page 1

Case5:05-cv-03412-JW Document23 Filed04/24/06 Page2 of 2
From:LAW OFFICE OF RON WILCOX    408 296 0486        04/21/2006 00:31 #003 P.002/002

04/21/2006  08:18   4083710109              CAMPBELL LAW OFFICES                PAGE  03

[PROPOSED] ORDER

IT IS SO ORDERED:

DATED:

_____
HONORABLE JAMES WARE
U.S. DISTRICT COURT JUDGE