04/21/2006  08:18     4083710109                    CAMPBELL LAW OFFICES            PAGE  02

1  SCOTT J. SAGARIA  (BAR # 217981)
2  LAW OFFICE OF SCOTT J. SAGARIA
   1901 S. BASCOM AVENUE, SUITE 1525
3  CAMPBELL, CALIFORNIA 95008
   (408) 371-0062
4  FAX: (408) 371-0109

5  Attorney for Defendant, Capital Accounts LLC

6

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

7                    **U.S. DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9                     **SAN JOSE DIVISION**

10

11

12  Patricka Amos                    | Civil Action No. 05-03412 JW

13           Plaintiff,              | **STIPULATION TO DISMISS and [Proposed]**
                                     | Order
14      vs.

15  Capital Accounts, LLC,

16           Defendants.

17

18  The parties have reached a settlement. Therefore the parties request a dismissal of this action

19  with prejudice. To expedite the process of filing this order, facsimile signatures shall serve as

20  originals.

21  DATED: 4/20/06

22

23                                        Caroline Sung, Esq.
                                          Associate Attorney for Capital Accounts

24  DATED: 4/21/06

25
                                          Ronald Wilcox, Esq.
                                          Attorney for Patricka Amos

                            Stipulation re Dismissal

                                    Page 1

04/21/2006  08:18    4083710109                CAMPBELL LAW OFFICES                    PAGE  03

1                           X [PROPOSED] ORDER

2

3    IT IS SO ORDERED:

4

5    DATED: 05/03/06

6                                        HONORABLE JAMES WARE
7                                        U.S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation re Dismissal

Page 2